# **EXHIBIT A**

DOCS_DE:219170.1 23619/001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
--------------------------------------------------------x
                                                         :    Chapter 11
In re                                                    :
                                                         :    Case No. 16-10704 (KG)
EMERALD OIL, INC., et al.,¹                              :
                                                         :    (Jointly Administered)
                                  Debtors.               :
--------------------------------------------------------x
                                                         :
EMERALD OIL, INC.,                                       :
                                                         :
                                  Plaintiff,             :    Adv. Pro. No. 18-50359 (KG)
                                                         :
              v.                                         :
                                                         :
DOUBLE EE SERVICE & SUPPLY CO.,                          :
                                                         :
                                  Defendant.             :
```

## ORDER APPROVING
## STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

After considering the parties' stipulation to extend the time for the Defendant to answer

the Complaint, it is hereby ORDERED that the Stipulation attached as **Exhibit 1** hereto is

APPROVED, and the Defendant's time to answer the Complaint is hereby extended to May 11,

2018, without prejudice to any party seeking a further extension.

Date: _____, 2018        BY THE COURT:


                                        _____
                                        The Honorable Kevin Gross
                                        United States Bankruptcy Judge


---

¹The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Emerald Oil, Inc. (9000); Emerald DB, LLC (2933); Emerald NWB, LLC (7528); Emerald WB LLC (8929); and EOX Marketing, LLC (4887). The location of the Debtors' service address is: 200 Columbine Street, Suite 500, Denver, Colorado 80206.

1

# **EXHIBIT 1**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------x
                                                      :    Chapter 11
In re                                                 :
                                                      :    Case No. 16-10704 (KG)
EMERALD OIL, INC., et al.,¹                           :
                                                      :    (Jointly Administered)
                  Debtors.                            :
-----------------------------------------------------x
                                                      :
EMERALD OIL, INC.,                                    :
                                                      :    Adv. Pro. No. 18-50359 (KG)
                  Plaintiff,                           :
                                                      :
           v.                                         :
                                                      :
DOUBLE EE SERVICE & SUPPLY CO.,                       :
                                                      :
                  Defendant.                          :
```

## STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANT
## EXTENDING DEFENDANT'S TIME TO FILE AN ANSWER TO COMPLAINT

The above-captioned plaintiff (the "Plaintiff") and defendant (the "Defendant") hereby agree to extend Defendant's time to file an answer to the complaint filed by the Plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"). In support hereof, the parties state as follows:

The Plaintiff initiated the Adversary Proceeding against the Defendant by filing a complaint [Adv. Docket No. 18-50359 (KG)] (the "Complaint") with this Court on March 21, 2018.

---

¹The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Emerald Oil, Inc. (9000); Emerald DB, LLC (2933); Emerald NWB, LLC (7528); Emerald WB LLC (8929); and EOX Marketing, LLC (4887).  The location of the Debtors' service address is:  200 Columbine Street, Suite 500, Denver, Colorado 80206.

DOCS_DE:219170.1 23619/001

In order to allow the parties an opportunity to resolve the Adversary Proceeding on the merits, the Plaintiff and the Defendant agreed to extend Defendant's time to file an answer through and including May 11, 2018.

The parties' entry into this Stipulation shall be without prejudice to the ability of the parties to seek a further extension or modification of the Defendant's time to answer the Complaint.

Wilmington, Delaware
Dated: April 23, 2018

*/s/ Michael R. Seidl*
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
Colin R. Robinson (DE Bar No. 5524)
Joseph M. Mulvihill (DE Bar No. 6061)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:        ljones@pszjlaw.com
              mseidl@pszjlaw.com
              crobinson@pszjlaw.com
              jmulvihill@pszjlaw.com

*Counsel to the Debtors*

Dated: _____, 2018

Russell Evitt II, President
Double EE Service & Supply Co.
2210 4th Ave W
PO Box 2417
Williston, ND 58802-2417
Telephone:    (701) 572-2332
Facsimile:    (701) 577-8387
Email:        russell@doubleee.com

*Defendant*

2