# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| EMERALD OIL, INC., *et al*.,[1] | Case No. 16-10704 (KG) |
| Debtors. | (Jointly Administered) |
| EMERALD OIL, INC., | |
| Plaintiff, | |
| v. | |
| Black Gold Contractors, LLC, | Adv. Proc. No. 18-50356 (KG) |
| Chantz Nelson dba CN Trucking, | Adv. Proc. No. 18-50358 (KG) |
| Double EE Service & Supply Co., | Adv. Proc. No. 18-50359 (KG) |
| Defendants. | |

## STATUS REPORT WITH RESPECT TO CERTAIN ADVERSARY MATTERS

Emerald Oil, Inc. (the "Plaintiff"), in the above-referenced cases, hereby submits this status report pursuant to the scheduling order.

Attached hereto is the status for the above-referenced cases associated with Emerald Oil, Inc., *et al*., Case No. 16-10704 (KG).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Emerald Oil, Inc. (9000); Emerald DB, LLC (2933); Emerald NWB, LLC (7528); Emerald WB LLC (8929); and EOX Marketing, LLC (4887). The location of the Debtors' service address is: 200 Columbine Street, Suite 500, Denver, Colorado 80206.

Dated: August 16, 2018

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Michael R. Seidl*
Laura Davis Jones (DE Bar No. 2436)
Michael R. Seidl (DE Bar No. 3889)
Colin R. Robinson (DE Bar No. 5524)
Joseph M. Mulvihill (DE Bar No. 6061)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
      mseidl@pszjlaw.com
      crobinson@pszjlaw.com
      jmulvihill@pszjlaw.com

*Counsel to Plaintiff, Emerald Oil, Inc.*

**STATUS CATEGORY E:** List all cases where the adversary case has been resolved/settled, but Notice/Stipulation of Dismissal cannot yet be filed.  Provide explanation as to why Notice/Stipulation of Dismissal has not been filed and date when Notice/Stipulation of Dismissal is expected to be filed.

| Adv. Case No. | Defendant(s) Name | Dismissal Due Date | Explanation Why Dismissal Not Filed |
|---|---|---|---|
| 18-50359 | Double EE Service & Supply Co. |  | This matter has been settled.  Plaintiff intends to file a dismissal upon receipt of all settlement funds. |

**STATUS CATEGORY F:** List all cases where service is complete, answer has been filed, discovery/disclosures are underway, and expected date of completion of discovery/disclosure.

| Adv. Case No. | Defendant(s) Name | Fact Discovery End Date | Expert Discovery End Date | Comment |
|---|---|---|---|---|
| 18-50356 | Black Gold Contractors, LLC | 9/15/18 | 2/12/19 | Plaintiff served initial disclosures on 6/18/18. Defendant served initial disclosures on 6/14/18.<br><br>Plaintiff served discovery on 6/27/18. Defendant's responses are due 8/27/18. Defendant served discovery on 6/14/18. Plaintiff's responses are due 9/14/18. |
| 18-50358 | Chantz Nelson dba CN Trucking | N/A | N/A | A stipulation tolling discovery until after the conclusion of mediation was filed on 6/14/18 [Docket No. 11]. |